FILED

APR 26 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LESLIE A. KERR,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>KENNETH LEE SALAZAR, Secretary of United States Department of the Interior,<br><br>        Defendant - Appellee. | No. 12-35084<br><br>DC No. 3:08 cv-0230 RRB<br>D. Alaska<br><br>**O R D E R** |

      The parties are ordered to submit supplemental briefs addressing the effect, if any, of the Whistleblower Protection Enhancement Act 0f 2012 (the "WPEA") on this case, including whether the WPEA should be applied retroactively, *i.e.*, to pending cases commenced before its enactment.

      These supplemental briefs may be in the form of letters to the clerk of court, shall be no longer than ten pages or 2800 words, and shall be submitted no later than14 days after entry of this order. Parties who are registered for ECF must file the supplemental brief electronically without submission of paper copies. Parties

who are not registered ECF filers must file the original supplemental brief plus 15 paper copies.

BY ORDER OF THE COURT

MOLLY C. DWYER
Clerk of Court

By: Kwok Wong
Deputy Clerk