FILED

JUL 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LESLIE A. KERR,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>KENNETH LEE SALAZAR, Secretary of United States Department of the Interior,<br><br>    Defendant - Appellee. | No. 12-35084<br><br>DC No. 3:08 cv-0230 RRB<br>D. Alaska, Anchorage<br><br>**O R D E R** |

Before: TASHIMA, TALLMAN, and N.R. SMITH, Circuit Judges.

The motion of the Merit Systems Protection Board for leave to file out of time an amicus letter is denied.

Judge Tashima would grant the motion.